# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−1 | User: dusher | Date Created: 4/10/2012 |
| Case: 1−11−50852−nhl | Form ID: 262 | Total: 34 |

**Recipients of Notice of Electronic Filing:**
tr    Robert L Geltzer    rgeltzer@epitrustee.com
aty   Jeffrey B Peltz     jeff@aaalawyer.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Frederick R. Menzel    1912 East 52 Street    Brooklyn, NY 11234
smg         NYS Department of Taxation &Finance    Bankruptcy Unit    PO Box 5300    Albany, NY 12205
smg         NYC Department of Finance    345 Adams Street, 3rd Floor    Attn: Legal Affairs − Devora Cohn    Brooklyn, NY 11201
smg         NYS Unemployment Insurance    Attn: Insolvency Unit    Bldg. #12, Room 256    Albany, NY 12240
smg         United States Trustee    Office of the United States Trustee    271 Cadman Plaza East    Brooklyn, NY 11201
7514695     AMERICAN EXPRESS    PO BOX 297871    FORT LAUDERDALE, FL 33329
7514696     AMERICAN EXPRESS    PO BOX 297871    FORT LAUDERDALE, FL 33329
7514697     CAPITAL ONE, N.A.    PO BOX 30273    SALT LAKE CITY, UT 84130
7514698     CHASE    201 N WALNUT STREET MAILSTOP DE1−1027    WILMINGTON, DE 19801
7514699     CHASE    PO BOX 1093    NORTHRIDGE, CA 91328
7514700     CHASE−BRITISH PETROLEUM    PO BOX 15298    WILMINGTON, DE 19850
7514701     CITIBANK SOUTH DAKOTA    PO BOX 6189    SIOUX FALLS, SD 57117
7514702     COHEN &SLAMOWITZ, LLP    PO BOX 9004    WOODBURY, NY 11797−9004, NY 11797−9004
7583997     Capital Recovery IV LLC    c/o Recovery Management Systems Corp.    25 S.E. 2nd Avenue, Suite 1120    Miami, FL 33131−1605
7514703     DISCOVER FIN SVCS LLC    PO BOX 15316    WILMINGTON, DE 19850
7514704     EXXON MOBILE CITI    PO BOX 6497    SIOUX FALLS, SD 57117
7514705     FIA CARD SERVICES    BANK OF AMERICA    PO BOX 17054    WILMINGTON, DE 19850
7514706     FORSTER AND GARBUS LLP    500 BI−COUNTY BOULEVARD−SUITE 300    PO BOX 9030    FARMINGDALE, NY 11735−9030
7514707     LAW OFFICE OF ANTHONY J MAIOCCHI, PLLC    22 SAW MILL RIVER ROAD    HAWTHORNE, NY 10532
7514708     MACYS    9111 DUKE BLVD    MASON, OH 45040
7514709     MIDLAND FUNDING LLC    8875 AERO DR    SAN DIEGO, CA 92123
7514710     MUNICIPAL CREDIT UNION    22 CORTLANDT ST    NEW YORK, NY 10007
7534118     New York City Water Board    Department of Environmental Protection    59−17 Junction Blvd.    Bankruptcy Unit − 13th Floor    Flushing, NY 11373−5108
7514711     PINNACLE CREDIT SERVICES    7900 HIGHWAY 7 # 100    SAINT LOUIS PARK, MN 55426
7514712     PNC BANK    4661 E MAIN ST    COLUMBUS, OH 43213
7514713     RONALD MOSES    CITY MARSHAL    116 JOHN STREET 15TH FLOOR    NEW YORK, NY 10038
7514714     SHELL CITI    PO BOX 6497    SIOUX FALLS, SD 57117
7514715     SUNOCO CITIBANK SOUTH DAKOTA    PO BOX 6497    SIOUX FALLS, SD 57117
7514716     T MOBILE    PO BOX 37380.    ALBUQUERQUE NM 87176−7380
7514717     THE HOME DEPOT CITIBANK SOUTH DAKOTA    PO BOX 6497    SIOUX FALLS, SD 57117
7514718     VIKING COLLECTION SERVICES INC    7500 OFFICE RIDGE CIRCLE    EDEN PRAIRIE MN 55344−3678
7514719     ZWICKER &ASSOCIATES, PC    120 ALLENS CREEK ROAD    ROCHESTER, NY 14618

TOTAL: 32